IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HECTOR DAVID COLON,** | : | CIVIL ACTION NO. 3:19-CV-582 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL CLARK and** | : | |
| **PENNSYLVANIA STATE** | : | |
| **ATTORNEY GENERAL,** | : | |
| | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 17th day of February, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus, the amended petition (Doc. 13) for writ of habeas corpus, and the parties' respective briefs in support of and opposition to petitioner's request for habeas corpus relief, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED with prejudice.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania